# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Case No.  09-cr-143-01-SM

<u>Robert Grey Boyd</u>

## O R D E R

Defendant Boyd's motion to continue the final pretrial conference and trial is granted  (document 143).   Trial has been rescheduled for the January 2010 trial period.   Defendant Boyd shall file a waiver of speedy trial rights not later than November 2, 2009.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**    January 8, 2010  at 4:00 p.m.

**Jury Selection**: January 20, 2010  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

October 16,   2009

cc:    Jonathan Saxe, Esq.
       Clyde R.W. Garrigan, AUSA
       US Probation
       US Marshal